# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE D. NOBLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1759** |
| **JEAN LLOVET - (DIRECTOR), STEPHEN J. WINDHORST - (JUDGE), FRANK BRINDISI - (ASSISTANT DISTRICT ATTORNEY), JESSICA INEZ LACAMBRA - (STATE ATTORNEY)** | **SECTION "A"(4)** |

## ORDER AND REASONS

The plaintiff, Clarence D. Noble, filed a **Motion for Appointment of Counsel (Rec. Doc. No. 4)** requesting that he be provided with counsel to assist in the captioned 42 U.S.C. § 1983 civil rights action. Pursuant to the Report and Recommendation to be separately issued by the undersigned, the Court is recommending that Noble's claims against the defendants be dismissed with prejudice as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. §§ 1915, 1915A. For this reason, Noble is not entitled to appointment of counsel. Accordingly,

**IT IS ORDERED** that Noble's **Motion for Appointment of Counsel (Rec. Doc. No. 4)** is **DENIED** as moot.

New Orleans, Louisiana, this 2nd day of December, 2011.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**