UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE D. NOBLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1759** |
| **JEAN LLOVET - (DIRECTOR), STEPHEN J. WINDHORST - (JUDGE), FRANK BRINDISI - (ASSISTANT DISTRICT ATTORNEY), JESSICA INEZ LACAMBRA - (STATE ATTORNEY)** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Clarence D. Noble's 42 U.S.C. § 1983 claims against the defendants, Judge Stephen J. Windhorst and Frank Brindisi, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant pursuant to 28 U.S.C. §§ 1915(e), 1915A.

**IT IS FURTHER ORDERED** that Nobles § 1983 claims against the defendants, Jessica Inez Lacambra and Jean Llovet, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A.

**IT IS FURTHER ORDERED** that Noble's § 1983 claims challenging the validity of his guilty plea and his current confinement be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, until such time as the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

New Orleans, Louisiana, this 11th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE